|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | F I L E D<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br>★ OCT 30 2018 ★ |

Lynne M. Moreo, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

Mullen & Iannarone, P.C.,
                Defendant.

**JUDGMENT**     LONG ISLAND OFFICE

Docket No: 2:18-cv-02120-SJF-AYS

    Defendant, Mullen & Iannarone, P.C. having offered judgment against itself pursuant to FRCP 68 in the sum of $1,001.00 plus costs of $496.50 and attorney's fees in an amount to be set by the court, and Plaintiff having accepted said offer of judgment, it is

    **ORDERED AND ADJUDGED** that Plaintiff Lynne M. Moreo, individually and on behalf of all others similarly situated recover from Defendant Mullen & Iannarone, P.C. the principal amount of $1,001.00, costs of $496.50, and attorney's fees in the amount of $2,500.00 [handwritten edits] set by the court; and that this case is closed.

Dated: Central Islip, New York
       October 30, 2018

                                  DOUGLAS C. PALMER
                                  CLERK OF COURT

                                  Deputy Clerk